IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY RESIL,

    Plaintiff,

v.                                                     CASE NO. 4:12-cv-265-WS-GRJ

WAKULLA COUNTY JAIL, et al.,

    Defendants.

_____/

## ORDER

This matter is before the Court on Plaintiff's motion for extension of time to file an amended complaint. (Doc. 12.) Plaintiff's original *pro se* Complaint alleged that Plaintiff received inadequate medical care for a heart attack he suffered while incarcerated at the Wakulla County Jail. (Doc. 1.) This Court entered an Order directing the Clerk to send Plaintiff the prisoner civil rights form of this district, and directing Plaintiff to submit an amended complaint that eliminated some defendants and added additional detail regarding his claims. (Doc. 9.) Mail to Plaintiff was repeatedly returned as undeliverable, and Plaintiff never filed any update of his address with the Court. On July 6, 2012, the Court made a third and final effort to deliver to Plaintiff its order directing filing of an amended complaint, utilizing an address listed on the Florida Department of Corrections' website. (Doc. 11.) The deadline for filing an amended complaint was August 20, 2012.

Plaintiff has now filed a motion for extension of time to file his amended complaint. Plaintiff says that he has only recently received the court documents, and has spoken with a lawyer who is willing to represent him. The Court notes that the last

order sent to Plaintiff was mailed over six weeks ago, and there is nothing on the docket to indicate that it was delayed.  Further, no attorney has yet filed an appearance on Plaintiff's behalf.  In light of the representations in Plaintiff's letter and his current *pro se* status, however, the motion for extension of time will be granted.  Plaintiff is cautioned that no further extensions of time will be granted in the absence of good cause shown.  Accordingly, it is **ORDERED** that:

1. Plaintiff's motion for extension of time to file an amended complaint, Doc. 12, is **GRANTED**.

2. Plaintiff must file the amended complaint, together with an identical copy of the amended complaint for each Defendant, **on or before September 10, 2012.**

3. Failure to comply with this order within the allotted time, or to show cause why Plaintiff is unable to comply, will result in a recommendation to the district judge that the case be dismissed without further notice for failure to prosecute or for failure to state a claim.

**DONE AND ORDERED** this 23rd day of August 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 4:12-cv-265-WS-GRJ*